■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD S. HARVEY, Appellant. [605 NYS2d 1011] —Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion in summarily denying defendant's pretrial *pro se* suppression motion inasmuch as that motion was served and filed more than 45 days after defendant's arraignment *(see,* CPL 255.20 [1], [3]; 710.40 [1]; 710.70 [1]; *People v Kasparek,* 174 AD2d 970, *lv denied* 78 NY2d 1078). Contrary to defendant's contention, he was not subjected to an illegal arrest *(see, People v Rosario,* 78 NY2d 583, 588-589, *cert denied* — US —, 112 S Ct 1210; *People v Lopez,* 95 AD2d 241; *see also,* Executive Law § 259-i [3] [a] [i]). Additionally, we reject defen-

dant's contention that he was deprived of effective assistance of counsel. The record demonstrates that defendant's attorney provided meaningful representation *(see, People v Rivera,* 71 NY2d 705, 708-709; *People v Baldi,* 54 NY2d 137, 146-147). (Appeal from Judgment of Oneida County Court, Buckley, J.— Criminal Possession Controlled Substance, 1st Degree.) Present—Callahan, J. P., Pine, Lawton, Doerr and Davis, JJ.